

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00739-CR

Andres R. **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0183
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is this date NOTED. Time is extended to February 18, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court